# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>JOHN DOE a/k/a SUBSCRIBER ASSIGNED IP ADDRESS 72.131.88.176,<br><br>       Defendant. | Case No. 23-CV-1147-JPS<br><br><br>**ORDER** |

  On November 29, 2023, Plaintiff filed a notice of voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 11. Defendant has not filed an answer or a motion for summary judgment. Accordingly, the Court will adopt the notice and dismiss this action with prejudice.

  Accordingly,

  **IT IS ORDERED** that Plaintiff's notice of voluntary dismissal, ECF No. 11, be and the same is hereby **ADOPTED**; and

  **IT IS FURTHER ORDERED** this action be and the same is hereby **DISMISSED with prejudice**.

  Dated at Milwaukee, Wisconsin, this 6th day of December, 2023.

          BY THE COURT:

          _____
          J.P. Stadtmueller
          U.S. District Judge